Patrick O. CHRISTIAN, Plaintiff—
Appellant,

v.

Rodney MOORE, Chief of Police, Char-
lotte Mecklenburg Police Department;
Daniel E. Bailey, Jr., Sheriff, Meck-
lenburg County Sheriff Department;
James Townsend, Property Manager,
Monroe Hall; FNU Nipper, Cat's
Safety Manager; Sarah Parker, North
Carolina Chief Justice, Defendants—
Appellees.

No. 10–7292.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 13, 2011.

Decided: Jan. 20, 2011.

Patrick O. Christian, Appellant Pro Se.

Before MOTZ, KING, and WYNN,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Patrick O. Christian appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2006) complaint under 28 U.S.C.
§ 1915(e)(2)(B) (2006). We have reviewed
the record and find that this appeal is
frivolous. Accordingly, we dismiss the ap-
peal for the reasons stated by the district
court. *Christian v. Moore*, No. 3:10–cv–
00302–FDW–DSC, 2010 WL 3418390

(W.D.N.C. Aug. 30, 2010). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*